# Exhibit "C"

# Invoice

| Date | Invoice # |
|---|---|
| 1/5/2011 | 5112 |



**Servium**
New York Process Service, LLC

92 Bay Street, Suite 201
Glens Falls, NY 12801

**Bill To**
McCabe, Weisberg & Conway P.C.
145 Huguenot Street, Suite 499
New Rochelle, New York 10801

| Client Ref# | Index# | Case (Def) |
|---|---|---|
| 385-0074ny | 2011-139 | ■ |

| Item Code | Defendant | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |

| | Total | $550.00 |
|---|---|---|