# Exhibit "D"

*McCabe, Weisberg & Conway, LLC*
123 South Broad Street
Suite 1400
Philadelphia, PA 19109
Phone: 215-790-1010
Fax: 215-790-1274

March 1, 2011

FLGSTR      Flagstar                                    File #: 385-0074nv
                                                        Invoice #:
                                                        Billing through:

Re:
Loan #:
Investor:
Loan Type:

Fees

| Date | Lawyer | Description | Notes | Hours | Amount |
|------|--------|-------------|-------|-------|--------|

Disbursements

| Date | Description | Notes | Amount |
|------|-------------|-------|--------|
| 01/05/2011 | Service of Process | Bor Rec | $550.00 |

BILLING SUMMARY