# Exhibit "H"



# Invoice

| Date | Invoice # |
|---|---|
| 7/7/2010 | 3987 |

**Servium**
New York Process Service, LLC
92 Bay Street, Suite 201
Glens Falls, NY 12801

**Bill To**
McCabe, Weisberg & Conway P.C.
145 Huguenot Street, Suite 499
New Rochelle, New York 10801

| Client Ref# | Case (Def) | Index# |
|---|---|---|
| 253-2409ny | ▪▪▪ | 381295/10 |

| Item Code | Defendant | Quantity | Unit Price | Amount |
|---|---|---|---|---|

| | Total | $520.00 |
|---|---|---|