# Exhibit "I"

# McCabe, Weisberg & Conway, LLC
123 South Broad Street
Suite 1400
Philadelphia, PA 19109
Phone: 215-790-1010
Fax: 215-790-1274

January 28, 2011

NM-NY        Nationstar Mortgage LLC                                    File #: 253-2409ny
                                                                        Invoice #:
                                                                        Billing through:

Re:
Loan #:
Investor:
Loan Type:

## Fees

| Date | Lawyer | Description | Notes | Hours | Amount |
|------|--------|-------------|-------|-------|--------|

## Disbursements

| Date | Description | Notes | Amount |
|------|-------------|-------|--------|
| 07/07/2010 | Service of Process | Bor Rec | $520.00 |

## BILLING SUMMARY